U.S. Department of Justice



*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

March 7, 2008

BY FAX

Honorable Barbara S. Jones
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/08
```

      Re:  Aisha Rodriguez v. Astrue
           07 Civ. 9719 (BSJ)

Dear Judge Jones:

      The Government's answer in the above-referenced Social Security case is due on March 10, 2007. We write respectfully to request, with the consent of plaintiff's counsel, that the time to answer or move with respect to the complaint be adjourned for 30 days, until April 9, 2008. The reason for this request is that today the Government offered to remand this case for further administrative proceedings, and adjourning the answer date will give plaintiff time to consider the Government's offer. One prior adjournment of the answer date was granted. We appreciate the Court's consideration of this request.

                          Respectfully,

                          MICHAEL J. GARCIA
                          United States Attorney

      By:   */s/ Susan D. Baird*
           SUSAN D. BAIRD
           Assistant United States Attorney
           tel. (212) 637-2713
           fax (212) 637-2750

cc:  BY FAX
     Carol S. Goldstein, Esq.

Application GRANTED.

SO ORDERED  */s/ Barbara S. Jones*
Dated:              BARBARA S. JONES
                       USDJ
3/7/08

TOTAL P.02