UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AISHA RODRIGUEZ,

                Plaintiff,

-against-

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                Defendant.
------------------------------------------------------------X

07 CIVIL 9719 (BSJ)

**JUDGMENT**

**SCANNED**

      Whereas the parties having stipulated that this action be remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings, and the matter having come before the Honorable Barbara S. Jones, United States District Judge, and the Court, on March 19, 2008, having rendered its Order directing the Clerk of the Court to enter judgment remanding this matter to the Commissioner for further proceedings, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 19, 2008, this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings.

Dated: New York, New York
         March 26, 2008

                                                    **J. MICHAEL McMAHON**
                                                            **Clerk of Court**
                              BY:
                                                            **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____